UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DOES 1-98, *et al.*,           :
                               :
       Plaintiffs,           :
                               :
v.                             :    Civil Action No. 12-1751 (GK)
                               :    Under Seal
BOIES SCHILLER & FLEXNER, LLP, :
                               :
       Defendant.            :

## ORDER

It has come to the Court's attention that the above-numbered Complaint, as well as an *ex parte* Motion to Commence and Proceed with Action Using Pseudonyms, were filed, via ECF, on October 29, 2012. An *ex parte* Motion for Leave to File List of Plaintiffs' Real Names Under Seal, was filed, via ECF, on October 30, 2012. Thus, the information contained in the *ex parte* Motions and the Complaint, i.e., the names and addresses of counsel's clients, has been available on ECF for at least one full day and probably longer. Upon learning of the situation, this Court ordered the Clerk's Office to immediately seal all filings out of concern for the physical safety of the individual Plaintiffs who are listed as "DOES 1-98."

Counsel who filed this case has made several egregious errors in the filing of his papers.

First, he answered "yes" that he was in good standing with the Bar of this Court. That was not true. The last time he renewed his membership with this Bar was July 1, 2009. Therefore, his membership is listed as merely "provisional."

Second, he failed to follow the proper procedure set forth in ECF for his Motion to file using pseudonyms. This decision must be made by the Chief Judge of this District.

Third, he provided no Civil Cover Sheet, which all attorneys are required by ECF to fill out.

Fourth, he listed two cases at the top of the Docket Sheet; however, he failed to indicate the number of the related case. Consequently, this case was randomly assigned to this Judge.

Fifth, he listed, on the Docket Sheet, the actual addresses for all the parties in the caption, contrary to the instructions on ECF.

Sixth, his Complaint said that he was filing it against Paul Wolf and DOES, when in fact those are the individuals <u>he</u> represents. The Clerk's Office corrected that error.

Because of all these errors, including the most significant one of misinforming the Court that he was in good standing with our Bar, it is this 31st day of October, 2012, hereby

**ORDERED**, that this case is **dismissed without prejudice**.

/s/ Gladys Kessler
Gladys Kessler
United States District Judge

**Copies via ECF to all counsel of record**